FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ FEB -9 2015 ★
BROOKLYN OFFICE

IN ____ ICE
US DISTRICT COURT E.D.N.Y.
★ FEB -9 2015 ★
BROOKLYN OFFICE

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------x

Parbatlie Shanille Maraj
Full name of plaintiff/prisoner ID# 62496-054

Plaintiff,

-against-

_____
_____
_____

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

City of New York
_____Defendants._____x

JURY DEMAND
YES____ NO ✓

2ND AMENDED COMPLAINT
14-CV-4825 (SLT)(CLP)

I.     Previous Lawsuits:

       A.     Have you begun other lawsuits in state or federal court
              dealing with the same facts involved in this action or
              otherwise relating to your imprisonment?  Yes ( )  No (✓)

       B.     If your answer to A is yes, describe each lawsuit in the space below
              (If there is more than one lawsuit, describe the additional lawsuits
              on another piece of paper, using the same outline.)

              1.  Parties to this previous lawsuit:

                  Plaintiffs:    N/A

                  Defendants:    N/A

              2.  Court (if federal court, name the district;
                  if state court, name the county)       N/A

              3.  Docket Number:    N/A

1

    4. Name of the Judge to whom case was assigned: __N/A__

    5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?)
_____

    6. Approximate date of filing lawsuit: __N/A__

    7. Approximate date of disposition: __N/A__

II.    Place of Present Confinement: __FMC Carswell Federal Medical Center__

    A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

    B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No (✓)

    C. If your answer is YES,

        1. What steps did you take? __N/A__

        2. What was the result? __N/A__

    D. If your answer is NO, explain why not __Because this lawsuit is against the City of New York & is not applicable to FMC Carswell.__

    E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes (✓) No ( )

    F. If your answer is YES,

        1. What steps did you take? __I put the grievance in the grievance box contained at Ryker's Island in New York City__

        2. What was the result? __I never heard back from anyone regarding the complaint.__

III. Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff _Parbattie Shamille Maraj_

Address _FMC Carswell, Federal Medical Center P.O. Box 27137., Ft. Worth, TX 76127_

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1    _City of New York_

Defendant No. 2

Defendant No. 3

Defendant No. 4

Defendant No. 5

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

*Parbattie Shannielle Maraj*, Plaintiff,

-against-

City of New York, Defendants,
----------------------------------------------------------X

**Second AMENDED COMPLAINT**

14 cv 4825 SLT (P)

IV.     Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

In June 2012, my ovarian cancer returned after having been in remission for five years while I was detained at the Metropolitan Correctional Center in Manhattan. Doctors removed my spleen & administered 14 chemotherapy cycles. Two of my cellmates cared for me during my treatments & subsequently became sick. After my release, I commenced treatment at Sloan's Cancer Treatment Center starting 8/21/2012.

On 5/29/2013, police from Queen's Detective Squad entered my home without a search warrant & removed property, including,

IV.A    If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

No injuries were sustained however I was diagnosed with terminal cancer while in custody with New York City Correctional System that was not treated adequately.

TOWNES - United States District JUDGE
Case # 14-CV-4825 (SLT)(CLP)

(1)

IV. Statement of Claim - continued

My passport, Social Security card, driver's license, cameras, computers & cell phones. The computers & phones in my home did not belong to me.

I was undergoing chemotherapy at that time & felt weak & sick. Even when I explained my chemotherapy side effects to the officers, I was still not allowed to eat prior to transporting me to the police station for questioning.

I was coerced into signing a statement that was not written by me.

I was then taken to a Queen's booking facility & held 73 hours in a filthy holding pen, where I developed a urinary tract infection with a fever.

I was then held in a bull pen at Rikers Island for 24 hours before I received medical screening. I received no medical treatment despite the medical screening.

I proceeded to file a complaint with the New York State Health Department on 9/26/2013. I received a response directing me to forward my complaint to Rikers officials.

In late December 2013, I fainted & fell & upon receiving a CAT scan, it was

TOWNES - United States District Judge
Case #14-cv-4825 (SLT)(CLP)

(2)

IV Statement of Claim - Continued

discovered that I had a small tumor that I was told was too small to be biopsied. The treating physician ordered me to seek treatment at Sloans. Rikers did NOT Return me to Sloans for Recommended treatment. Finally on 12/29/2013, I was transferred to Elmshurst Hospital & a CAT SCAN revealed that my cancer had metastasized & doctors gave me less than a year to live. A doctor from Rikers Island, known as the director of medical care, Dr. McDonald also diagnosed me with less than a year to live & he apologized for & on behalf of Rikers for not providing me with the treatment I needed in a more timely & efficient manner as it could have made a difference in my diagnosis. I Requested that MCC det prevented from transferred to BOP Carswell, a federal medical facility in Fort Worth, Texas on the basis Carswell could not provide me with adequate care.

I was transferred to Carswell on August 20, 2014 even though I was

TOWNES - United States District Judge
(Case # - 14-CV-4825 (SLT)(CLP)

(3)

IV Statement of Claim - Continued

Suffering from intense pain, anxiety & depression due to the cancer returning & ongoing treatment needs.

I believe that the unsanitary conditions in a prison environment puts me at a huge risk of obtaining an infection as I have no natural immunities due to the removal of my spleen.

I am asking for my immediate release so I can obtain treatments that are effective & can prolong my life. I am currently receiving only experimental chemotherapy.

I also request my seized property & monetary damages of $15 million & my immediate release from Carswell so I can seek treatment from Sloans in New York City & live with my family while my treatments progress & my cancer is cured.

V.  Relief:

State what relief you are seeking if you prevail on your complaint.

I am seeking my immediate Release from FMC Carswell so I may obtain effective Chemotherapy treatment at Sloans in NYC & be with my family.

I am also seeking the Return of all my personal property that was seized.

I am also seeking $15 million in monetary damages in delay of my cancer treatment.

I declare under penalty of perjury that on _____, I delivered this
                                              (Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern

District of New York.


Signed this _____ day of _____, 20___. I declare under penalty of

perjury that the foregoing is true and correct.

Paulette S Mew
Signature of Plaintiff

FMC Carswell
Name of Prison Facility

Federal Medical Center
P.O. Box 27137
Ft. Worth, TX 76127
Address

62496-054
Prisoner ID#

# CIVIL RIGHTS COMPLAINT
## 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x

Parbatlie Shanille Maraj
Full name of plaintiff/prisoner ID# 62496-054

                         Plaintiff,                JURY DEMAND
                                                   YES _____  (NO) _____

-against-

_____
_____
_____

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

City of New York
--------Defendants.------------------x

I.     Previous Lawsuits:

     A.     Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

     B.     If your answer to A is yes, describe each lawsuit in the space below (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

          1. Parties to this previous lawsuit:

              Plaintiffs:    N/A

              Defendants:    N/A

          2. Court (if federal court, name the district; if state court, name the county)    N/A

          3. Docket Number:    N/A

1

4. Name of the Judge to whom case was assigned: __N/A__

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   _____

6. Approximate date of filing lawsuit: __N/A__

7. Approximate date of disposition: __N/A__

II. Place of Present Confinement: __FMC Carswell Federal Medical Center__

A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No (✓)

C. If your answer is YES,

   1. What steps did you take? __N/A__

   2. What was the result? __N/A__

D. If your answer is NO, explain why not __Because this lawsuit is against the City of New York & is not applicable to FMC Carswell.__

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes (✓) No ( )

F. If your answer is YES,

   1. What steps did you take? __I put the grievance in the grievance box contained at Ryker's Island in New York City__

   2. What was the result? __I never heard back from anyone regarding the complaint.__

III.  Parties:
   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A. Name of plaintiff _Parbattie Shamille Maraj_
      Address _FMC Carswell, Federal Medical Center P.O. Box 27137., Ft. Worth, TX 76127_

   (In item B below, place the full name and address of each defendant)

   B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1    _City of New York_

Defendant No. 2

Defendant No. 3

Defendant No. 4

Defendant No. 5

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Plaintiff, *Parbattie Shamielle Maraj*

-against-

**Second AMENDED COMPLAINT**

14 cv 4825 (SLT)(CLP)

Defendants, *City of New York*
-------------------------------------------------------X

IV.  Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

In June 2012, my ovarian cancer returned after being in remission for five years while I was detained at the Metropolitan Correctional Center in Manhattan. Doctors removed my spleen & administered 14 chemotherapy cycles. Two of my cellmates cared for me during my treatments & subsequently became sick. After my release, I commenced treatment at Sloan's Cancer Treatment Center starting 8/21/2012.

On 5/29/2013, police from Queen's Detective Squad entered my home without a search warrant & removed property, including,

IV.A  If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

No injuries were sustained however I was diagnosed with terminal cancer while in custody with New York City Correctional System that was not treated adequately.

4

TOWNES - United States District JUDGE
Case # 14-CV-4825 (SLT)(CLP)

(1)

IV. Statement of Claim - continued

My passport, social security card, drivers license, cameras, computers & cell phones. The computers & phones in my home did not belong to me.

I was undergoing chemotherapy at that time & felt weak & sick. Even when I explained my chemotherapy side effects to the officers, I was still not allowed to eat prior to transporting me to the police station for questioning.

I was forced into signing a statement that was not written by me.

I was then taken to a Queen's booking facility & held 73 hours in a filthy holding pen, where I developed a urinary tract infection with a fever.

I was then held in a bull pen at Rikers Island for 24 hours before I received medical screening. I received no medical treatment despite the medical screening.

I proceeded to file a complaint with the New York State Health Department on 9/26/2013, I received a response directing me to forward my complaint to Rikers officials.

In late December 2013, I fainted & fell & upon receiving a CAT scan, I was

TOWNES - United States District Judge
Case #14-CV-4825 (SLT)(CLP)

(2)

IV Statement of Claim - continued

discovered that I had a small tumor that I was told was too small to be biopsied. The treating physician ordered me to seek treatment at Sloans. Rikers did NOT return me to Sloans for recommended treatment. Finally on 12/29/2013, I was transferred to Elmhurst Hospital & a CAT scan revealed that my cancer had metastasized & doctors gave me less than a year to live. A doctor from Rikers Island, known as the director of medical care, Dr. McDonald also diagnosed me with less than a year to live & he apologized for & on behalf of Rikers for not providing me with the treatment I needed in a more timely & efficient manner as it could have made a difference in my diagnosis.

I requested that MCC be prevented from transferred to BOP Carswell, a federal medical facility in Fort Worth, Texas on the basis Carswell could not provide me with adequate care.

I was transferred to Carswell on August 20, 2014 even though I was

IV Statement of Claim - continued

Suffering from intense pain, anxiety & depression due to the cancer returning & ongoing treatment needs.

I believe that the unsanitary conditions in a prison environment puts me at a huge risk of obtaining an infection as I have no natural immunities due to the removal of my spleen.

I am asking for my immediate release so I could tail treatments that are effective & can prolong my life. I am currently receiving only only experimental chemotherapy

I also request my seized property & monetary damages of $15 million & my immediate release from Carswell so I can seek treatment from Sloans in New York City & live with my family while my treatments progress & my cancer is cured.

V.  Relief:

State what relief you are seeking if you prevail on your complaint.

I am seeking my immediate release from FMC Carswell so I may obtain effective chemotherapy treatment at Sloans in NYC & be with my family.

I am also seeking the return of all my personal property that was seized.

I am also seeking $15 million in monetary damages in delay of my cancer treatment.

I declare under penalty of perjury that on _____, I delivered this
(Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern

District of New York.


Signed this _____ day of _____, 20___. I declare under penalty of

perjury that the foregoing is true and correct.

_Paulette S Mew_
Signature of Plaintiff

FMC Carswell
Name of Prison Facility

Federal Medical Center
P.O. Box 27137
Ft. Worth, TX 76127
Address

62496-054
Prisoner ID#

Name Parbattie S Maraj
Reg. No. 62496 054
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127





⇔62496-054⇔
Clerk Of Us District Court
Eastern District OF NY
225 Cadman PLZ W
Brooklyn, NY 11201
United States

Attention: Pro Se

